**Assal PAHLEVAN, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–74024.

Agency No. A75–647–112.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

Assal Pahlevan, Irvine, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Susan Houser, Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

MEMORANDUM**

Assal Pahlevan, a native and citizen of Iran, petitions pro se for review of the

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

decision of the Board of Immigration Appeals denying as untimely her motion to reopen the BIA's underlying decision affirming the immigration judge's denial of her applications for asylum and withholding of removal. Pahlevan sought to reopen to apply for adjustment of status based on her marriage to a United States citizen.

We agree with the BIA's finding that Pahlevan's motion was not timely filed, where Pahlevan failed to file her motion to reopen within 90 days of the BIA's decision. *See* Immigration and Nationality Act § 240(c)(6)(C)(I); 8 C.F.R. § 1003.2(c)(2). Pahlevan failed to provide any explanation to the BIA, or to this court, for her failure to file a timely motion to reopen. Moreover, Pahlevan has not raised any equitable tolling issues, and therefore, those potential claims are waived. *See Socop–Gonzalez v. INS,* 272 F.3d 1176, 1183 (9th Cir.2001) (en banc).

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bao Duc NGUYEN, Defendant—Appellant.**

No. 04–30047.

D.C. No. CR–03–00301–RSL.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

Lisca N. Borichewski, Seattle, WA, Plaintiff–Appellee.

Stephan R. Illa, Bainbridge Island, WA, for Defendant–Appellant.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

## MEMORANDUM**

Bao Duc Nguyen appeals the sentence imposed following his guilty plea to conspiracy to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.

Nguyen contends that the district court abused its discretion by denying his request for a downward departure based on disparate sentencing treatment of Nguyen and his co-defendant. We lack jurisdiction to entertain this contention because the record indicates that the district court recognized its authority to depart and denied the request in its discretion. *United States v. Linn*, 362 F.3d 1261, 1262 (9th Cir.2004) (per curiam).

**DISMISSED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.